1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7

8

BALGOVIND SHARMA,

Plaintiff,

Case No.  5:15-cv-03631-EJD

9

v.

**ORDER CONTINUING HEARING ON
ORDER TO SHOW CAUSE**

10

11

GLOBALFOUNDRIES U.S., INC. LONG
TERM DISABILITY INSURANCE PLAN,
et al.,

12

13

Defendants.

14

   Having reviewed the response filed on September 29, 2016 (Dkt. No. 46) and good cause

15

appearing therefor, the hearing on the Order to Show Cause scheduled for October 6, 2016, is

16

CONTINUED to **10:00 a.m. on November 3, 2016**.  On or before **October 27, 2016**, the parties

17

shall file an updated joint statement in response to the Order to Show Cause setting forth the status

18

of the settlement and the amount of additional time necessary to finalize and file a dismissal.

19

   The Order to Show Cause shall be automatically vacated and the parties relieved of the

20

obligation to file a joint statement if a stipulated dismissal is filed on or before **October 27, 2016**.

21

   **IT IS SO ORDERED.**

22

Dated: September 30, 2016

23

_____

EDWARD J. DAVILA
United States District Judge

24

25

26

27

28

1

Case No.: 5:15-cv-03631-EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE

United States District Court
Northern District of California